# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| 5 Star Forestry, LLC | ) | ASBCA No. 59591 |
| | ) | |
| Under Contract No. W912EF-12-P-5091 | ) | |

APPEARANCES FOR THE APPELLANT:     Michael S. Bissell, Esq.
                                   Tyler S. Waite, Esq.
                                     Campbell & Bissell, PLLC
                                     Spokane, WA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   J. Tyler Moore, Esq.
                                     Deputy District Counsel
                                     U.S. Army Engineer District, Walla Walla

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 July 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59591, Appeal of 5 Star Forestry, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals